**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | Case No. 14-39119 |
|---|---|
| DWAYNE E OUSLEY | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/29/2014.

2) The plan was confirmed on 01/07/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 12/02/2015.

6) Number of months from filing to last payment: 12.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,183.75 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $2,183.75

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,052.73 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $96.02 |
| Other | $35.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,183.75

Attorney fees paid and disclosed by debtor:      $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCOUNTS RECEIVABLE MANAGEM | Unsecured | 618.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE CHRIST MEDICAL CENT | Unsecured | 1,615.20 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 242.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 702.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | NA | 1,626.63 | 1,626.63 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 510.00 | 510.00 | 0.00 | 0.00 |
| AVANTIS FINANCE | Unsecured | 579.00 | NA | NA | 0.00 | 0.00 |
| AVIS | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| BARONS CREDITORS SERVICE CORP | Unsecured | 4,375.00 | NA | NA | 0.00 | 0.00 |
| BMO Harris | Unsecured | 4,500.00 | NA | NA | 0.00 | 0.00 |
| BRIDGEVIEW TRAFFIC COURT | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 261.00 | NA | NA | 0.00 | 0.00 |
| CASHCITY LOANS | Unsecured | NA | 3,056.29 | 3,056.29 | 0.00 | 0.00 |
| CASHNET USA | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 6,200.00 | NA | NA | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 275.00 | 275.00 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 560.00 | 560.00 | 0.00 | 0.00 |
| CHARTER ONE | Unsecured | 912.94 | NA | NA | 0.00 | 0.00 |
| Check N Go | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CITICASH LOANS | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,000.00 | 1,349.16 | 1,349.16 | 0.00 | 0.00 |
| CITY OF HARVEY WATER DEPT | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CITY OF JOLIET | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| CMK INVESTMENTS INC | Unsecured | 1,714.78 | 1,714.00 | 1,714.00 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS | Unsecured | 718.88 | 745.02 | 745.02 | 0.00 | 0.00 |
| DR ASHRAF ABOURAHMA MD | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| ERNESTO D BORGES JR PC | Unsecured | 3,723.00 | 2,276.21 | 2,276.21 | 0.00 | 0.00 |
| FIRST AMERICAN CASH ADVANCE | Unsecured | 2,465.41 | 2,465.41 | 2,465.41 | 0.00 | 0.00 |
| FIRST CHOICE LOANS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FIRST RATE FINANCIAL | Unsecured | 3,694.59 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL GROUP HOLDINGS | Unsecured | 500.00 | 710.00 | 710.00 | 0.00 | 0.00 |
| HERTZ | Unsecured | 1,387.37 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 250.00 | 1,255.23 | 1,255.23 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 144.00 | 144.00 | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Unsecured | 346.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 47.22 | 47.22 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 500.00 | 849.25 | 849.25 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 334.00 | 383.39 | 383.39 | 0.00 | 0.00 |
| LINEBARGER GOGAN BLAIR & SAMI | Unsecured | 1,997.00 | NA | NA | 0.00 | 0.00 |
| LOAN SHOP ONLINE | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |
| MALCOLM S GERALD & ASSOC | Unsecured | 503.00 | NA | NA | 0.00 | 0.00 |
| MANHATTAN PROCESSING | Unsecured | 770.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL QUICK CASH | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP | Unsecured | 2,165.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 286.55 | NA | NA | 0.00 | 0.00 |
| PINNACLE CREDIT SERVICES | Unsecured | 845.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 887.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST LAB PHYSICIANS | Unsecured | 208.20 | NA | NA | 0.00 | 0.00 |
| SPEEDY CASH | Unsecured | 354.00 | NA | NA | 0.00 | 0.00 |
| SPEEDY CASH | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 248.47 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 9,000.00 | 6,442.40 | 6,442.40 | 0.00 | 0.00 |
| STAR CASH PROCESSING | Unsecured | 590.00 | NA | NA | 0.00 | 0.00 |
| SULLIVAN URGENT AID | Unsecured | 219.00 | NA | NA | 0.00 | 0.00 |
| TREMONT FINANCIAL | Unsecured | 502.00 | NA | NA | 0.00 | 0.00 |
| TRUSTMARK RECOVERY SVC | Unsecured | 201.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO MED CTR | Unsecured | 714.75 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PHOENIX | Unsecured | 3,729.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 972.00 | 979.19 | 979.19 | 0.00 | 0.00 |
| USA FAST CASH | Unsecured | 1,495.67 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF EVERGREEN PARK | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF FLOSSMOOR | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF LYNWOOD | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| VILLAGE OF LYONS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF OAK LAWN | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF OLYMPIA FIELDS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF ORLAND PARK | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF TINLEY PARK | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| WILDER RICHMAN MGMT GRP | Unsecured | 3,100.83 | 203.86 | 3,203.86 | 0.00 | 0.00 |
| Zenith Acquistion Corp. | Unsecured | 618.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,104.48 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$2,104.48** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$26,487.78** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,183.75 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$2,183.75** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/13/2016                    By: /s/ Tom Vaughn
                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**